UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEELY E. NIEPER,

          Plaintiff,

    v.

JIM CORSAUT, an individual;
CITY OF ISLETON, an entity
whose form is unknown; and
DOES 1 through 10,

          Defendants.

                           /

NO. CIV. S-08-2621 LKK/GGH

O R D E R

    Pending before the court is defendant City of Isleton's motion to dismiss currently set to be heard on December 22, 2008. Due to court congestion, the court CONTINUES the hearing to January 12, 2009 at 10:00 AM. The deadline to file a reply, if any, remains December 15, 2008.

    IT IS SO ORDERED.

    DATED: December 10, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1