1  KENNETH C. ABSALOM ( SBN 114607)
   USHA VISWANATHAN (SBN 188977)
2  **Law Offices of Nevin & Absalom**
   22 Battery Street, Suite 333
3  San Francisco, California 94111
   Telephone: (415) 392-5040
4  Facsimile: (415) 392-3729

5  Attorneys for Plaintiff
   Keely Nieper

6

7

8                    UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

10

11 KEELY E. NIEPER                          )
                                            )  Case No. 2:08-CV-02621-LKK-GGH
12              Plaintiff;                  )
                                            )  STIPULATION AND ORDER TO
13                                          )  CONTINUE HEARING ON DEFENDANT'S
        vs.                                 )  MOTION TO DISMISS
14                                          )
                                            )
15                                          )  Date:   January 12, 2009
   JIM CORSAUT, an individual; CITY OF      )  Time:   10:00 a.m.
16 ISLETON, an entity whose form is         )  Dept.   Courtroom 4
   unknown; and DOES 1 through 10,          )  Judge:  Hon. Lawrence K. Karlton
17                                          )
             Defendants.                    )
18                                          )
   _____)

19

20

21     IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties that

22 the hearing on Defendant's Motion to Dismiss, presently scheduled for January 12, 2009 be

23 continued to January 30, 2009.

24     Said Stipulation is entered into because Plaintiff's counsel has previously been scheduled

25 to have depositions in Eureka, California, relating to a cause that is going to trial in February and

26 thus he is unavailable on the date set by the Court for this hearing.

27
                        Nieper v. City of Isleton et al.
28                    Case No. 2:08-CV-02621-LKK-GGH
                   Stipulation to Continue Hearing on Defendant's
                               Motion to Dismiss
                                      1

1   IT IS SO STIPULATED:

2   NEVIN & ABSALOM                          LIEBERT CASSIDY WHITMORE

3

4   By:_____              By:_____
        Kenneth C. Absalom                       Arlin B. Kachalia
5       Attorney for Plaintiff                   Attorney for Defendant

6

7   PURSUANT TO THE ABOVE STIPULATION
    IT IS SO ORDERED:
8

9   DATED: December 18, 2008

10

11
                                    _____
12                                  LAWRENCE K. KARLTON
                                    SENIOR JUDGE
13                                  UNITED STATES DISTRICT COURT

14

15

16

17

18

19

20

21

22

23

24

25

26

27                          Nieper v. City of Isleton et al.
                            Case No. 2:08-CV-02621-LKK-GGH
28                  Stipulation to Continue Hearing on Defendant's
                                    Motion to Dismiss
                                            2                              - 2 -