UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEELY E. NIEPER,

        NO. CIV. S-08-2621 LKK/GGH

    Plaintiff,

  v.                        O R D E R

JIM CORSAUT, an individual;
CITY OF ISLETON, an entity
whose form is unknown; and
DOES 1 through 10,

    Defendants.
_____/

    Pending before the court is defendant City of Isleton's request that the court enter judgment with prejudice in favor of plaintiff against it. Defendant has filed a notice of offer of judgment, notice of plaintiff's acceptance, and proof of service in accord with Federal Rule of Civil Procedure 68(a).

    Accordingly, the Clerk is directed to enter judgment in favor of plaintiff against defendant City of Isleton.

    IT IS SO ORDERED.

    DATED: April 24, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1