KENNETH C. ABSALOM (SBN 114607)
Law Offices of Nevin & Absalom
22 Battery Street, Suite 333
San Francisco, Ca. 94111
Tel: 415-392-5040
Fax: 415-392-3729

Attorneys For Plaintiff
Keely Nieper

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEELY E. NIEPER,,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>JIM CORSAUT, an individual, CITY OF ISLETON, an entity whose form is unkown; and DOES 1 through 10,,<br>　　　　Defendant | Case No.: 2:08-cv-02621-LKK-GGH<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD

Please Take Notice that in light of Fed. R. Civ. Pro. 41(a)(1), plaintiff voluntarily dismisses the above captioned action against Jim Corsaut an individual without prejudice.

// //

// //

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** - 1

Plaintiff represents that she has not and will not receive any payment direct or indirect, in connection with the dismissal of this action.

Dated: January 12, 2010.

                                            /s/ Kenneth C. Absalom
                                              Kenneth C. Absalom
                                              Attorney for Plaintiff
                                              Keely Nieper

IT IS SO ORDERED

DATED: February 22, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT